UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH SIMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:19-CV-1313 RLW |
| ) | |
| MICHAEL D. SMITH, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Before the Court is petitioner's motion for reconsideration of the administrative closure of his duplicative First Step Act action. Because his case was duplicative, and he already has a pending First Step motion in his criminal action, the Court will decline to reopen the present action.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration of the administrative closure of this action [Doc. #7] is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 8th day of July, 2019.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE